## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

JACOB B. KERR,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:25-cv-00608

APPALACHIAN POWER COMPANY, et al.,

        Defendants.

### ORDER

This matter is before the Court on several email communications by Plaintiff Jacob B. Kerr ("Plaintiff"), who is proceeding pro se in this civil action, to the Clerk of this Court. In federal court, electronic filing must be completed using the Court's CM/ECF system, not via email. *See* Rule 5.1(a) of the Court's Local Rules of Civil Procedure. As such, Plaintiff's email communications with the Clerk's office are improper.

Furthermore, Plaintiff has neither requested, nor has he been granted permission, to submit filings electronically in this civil action. When a party is a "non-prisoner pro se filer," such as the Plaintiff, he or she is permitted to file electronically via the CM/ECF system only when both (1) permission of the Court has been requested via motion, and (2) the Court has granted such request by Order. *See Pro Se Handbook for the United States District Court for the Southern District of West Virginia* (Apr. 25, 2011), at 18 § 5.4; Rule 3.1.1.2 of the Court's *Administrative Procedures for Electronic Case Filing*. *See*

*also Enovative Techs., LLC v. Leor*, 622 Fed. App'x 212, 215 (4th Cir. 2015) (stating that pro-se parties are not entitled to make electronic filings in the district court without leave to do so). Consequently, to the extent Plaintiff wishes to submit documents to the Court for filing at this time, submissions must be made by paper filing either in-person or by mail.

Accordingly, **IT IS ORDERED** as follows:

(1)      Plaintiff's email communications to the Clerk of Court shall be **STRICKEN** and/or shall not be made part of the record;

(2)      Absent leave of Court, Plaintiff must either (a) submit paper filings via in-person delivery to the Clerk's Office, or (b) submit paper filings to the Clerk's Office via mail;

(3)      In order to ensure an accurate and complete docket and to preserve the orderly administration of justice, Plaintiff may not otherwise correspond with the Clerk's office via email absent leave of Court on a showing of good cause;

(4)      As Plaintiff is proceeding without counsel in this matter, he is hereby further **NOTIFIED** as follows:

(i)      he must advise the Clerk promptly of any subsequent changes in his name, address, or telephone number. *See* L.R. Civ. P. 83.5; and

(ii)      Plaintiff is responsible for reviewing and following the procedures that govern the court process, as set forth in the Federal Rules of Civil Procedure, the Court's Local Rules, and this Court's *Pro Se Handbook*.[1] The Court may penalize a party's attorney for failure to comply with an applicable law, procedural rule, or order of this

---

[1] This Court's Local Rules as well as its operative *Pro Se Handbook* may be accessed at the following web address: https://www.wvsd.uscourts.gov/filing-without-attorney.

Court, and parties who proceed without counsel are subject to the same sanctions as licensed attorneys. *See Pro Se Handbook* § 2.3, at 4.

Finally, Plaintiff is hereby **<u>NOTIFIED that his failure to comply with the directives set forth this *Order and Notice* may result in the dismissal of this matter</u>**. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

The Clerk of Court is **DIRECTED** to transmit a copy of this Order to counsel of record and to any unrepresented party.

ENTERED:   December 18, 2025

Dwane L. Tinsley
United States Magistrate Judge

3